**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00088-REB-CBS

JAMES BUTLER,

     Plaintiff,

v.

PEOPLE OF THE NINTH DISTRICT OF COLORADO,
TD AMERITRADE AND ASSOCIATES, and
THE DEPARTMENT OF SOCIAL SECURITY ADMINISTRATION,

     Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

     The matter before me is the **Recommendation and Order of United States Magistrate Judge** [#27], filed November 6, 2008.  I address the recommendation of the magistrate judge, but I do not address the magistrate judge's orders.  No objections to the recommendation have been filed.  Therefore, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  I have considered carefully the recommendation and the applicable case law.  The recommendation is detailed and well-reasoned.  Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact,

---

     [1] This standard pertains even though plaintiff is proceeding *pro se.*  ***Morales-Fernandez***, 418 F.3d at 1122.

conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation contained in the **Recommendation and Order of United States Magistrate** [#27], filed November 6, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

2. That this civil action is **DISMISSED** without prejudice for failure to timely serve Defendants and for failure to comply with the pleading requirements of FED. R. CIV. P. 8.

Dated January 23, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge